**Abatement Order filed March 13, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00984-CR

_____

**LEANDREW RAY, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1318262**

---

## ABATEMENT ORDER

The clerk's record in this appeal was filed December 30, 2012. On February 29, 2012, appellant requested this court to supplement the record with the "Presentence Investigation Report." The request was granted and on March 6, 2012, we directed the Harris County District Clerk to file a supplemental clerk's record containing the Presentence Investigation Report.

On March 7, 2012, Leslie Charles, of the Appeals Section of Criminal Post Trial Services of the Harris County District Clerk's Office, filed an affidavit stating that the Pre-sentence Investigation Report" is not part of the case file and I am therefore unable to supplement the record. . ." The reporter's record of the "Presentence Investigation Sentencing" reflects the trial court reviewed the presentence investigation report.

When a filing designated for inclusion in the clerk's record has been lost or destroyed, the parties may, by written stipulation, deliver a copy of the filing to the trial court clerk for inclusion in the record. Tex. R. App. P. 34.5(e). If the parties cannot agree, the trial court must determine what constitutes an accurate copy of the missing document and order it included in the record. *Id.*

Accordingly, the parties are directed to, by written stipulation, deliver a copy of the presentence investigation report to the trial court clerk for inclusion in the record **within 15 days** of the date of this order. The Harris County District Clerk is directed to file a supplemental clerk's record containing the Presentence Investigation Report **within 10 days** of receipt from the parties.

If the parties cannot agree, the trial court is directed to determine what constitutes an accurate copy of the presentence investigation report and to have a supplemental clerk's record containing the presentence investigation report filed with the clerk of this court **within 45 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record containing the presentence investigation report is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM